CR 08 42-ML-DLM

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☒ U.S. Atty ☐ Other U.S. Agency
Phone No.

Name of Asst. U.S. Attorney (if assigned): SANDRA R. BECKNER

CASE NO.

USA vs.

Defendant: Hector Figueroa, a/k/a BORI

Addres

REDACTED

☐ I

Birth Date

able)

Socia

Issue: ☐ Warrant ☐ Summons

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO. 1:08-MJ-00051-DLM

Place of offense: RHODE ISLAND County

Location Status:

Arrest Date ______ or Date Transferred to Federal Custody ______

☒ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☒ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | SEE ATTACHMENT. | | ☒ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | ESTIMATED TRIAL DAYS: 5 | ☐ Felony ☐ Misdemeanor |

ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

Defendant Hector Figueroa, a/k/a BORI

Count I: Conspiracy to distribute and possess with the intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)((B), all in violation of 21 USC 846

PENALTIES: 5 to 40 years imprisonment; $2,000,000 fine; at lest 4 years supervised release; $100 mandatory special assessment.

Count III: Distribution of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 USC §§ 841(a)(1) and (b)(1)(C) and 18 USC § 2.

PENALTIES: 20 years imprisonment; $1,000,000 fine; supervised release up to life with a mandatory minimum germ of 3 years; $100 mandatory special assessment.