AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

U.S.

v.

Richard Quezada et al

APPEARANCE

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Richard Quezada

I certify that I am admitted to practice in this court.

4/30/08
*Date*

[signature]
*Signature*

Alberto Aponte Cardona — 7057
*Print Name* — *Bar Number*

597 Broad St.
*Address*

C.F — RI — 02863
*City* — *State* — *Zip Code*

401-475-5436 — 401-475-5439
*Phone Number* — *Fax Number*

This form was electronically produced by John Bichells and Richard Jones using Omniform Internet Publisher.