AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Richardo Quezada

APPEARANCE

CASE NUMBER: CR08-02ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Ricardo Quezada

I certify that I am admitted to practice in this court.

4/30/08
*Date*

[signature]
*Signature*

Steve DeLucca 4492
*Print Name* *Bar Number*

86 Weybosset St
*Address*

Providence RI 02903
*City* *State* *Zip Code*

861-9900 861-9977
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.