1484764

AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

RECEIVED
U.S. MARSHALS SERVICE
APR 23 2008
District of Rhode Island

UNITED STATES OF AMERICA

V.

RICARDO QUEZADA

**WARRANT FOR ARREST**

Case Number: CR08-42-02ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RICARDO QUEZADA A/K/A MONSTRO
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- [x] Indictment
- [ ] Information
- [ ] Complaint
- [ ] Order of court
- [ ] Pretrial Release Violation Petition
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation
- [ ] Violation Notice

charging him or her with (brief description of offense)
CONSPIRACY TO DISTRIBUTE AND POSSESSION WITH INTENT TO DISTRIBUTE HEROIN; DISTRIBUTION OF HEROIN

- [x] in violation of Title 21 United States Code, Section(s) 846 AND 841(a)(1) and (b)(1)(B)(C); 18:2
- [ ] in violation of the conditions of his or her pretrial release imposed by the court.
- [ ] in violation of the conditions of his or her supervision imposed by the court.

| | |
|---|---|
| JEANNINE NOEL | [signature] |
| Name of Issuing Officer | Signature of Issuing Officer |
| DEPUTY CLERK | 04/23/2008 PROVIDENCE, RI |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at Pawtucket, RI by DEA

| DATE RECEIVED / DATE OF ARREST | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 04/23/2008<br>04/30/2008 | CJ Wyant SDUSM | [signature] |