IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 08-042ML |
| | ) | |
| RICARDO QUEZADA a/k/a MONSTRO | ) | |

GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION FOR CONTINUANCE

The defendant, RICARDO QUEZADA, a/k/a MONSTRO, moves through his counsel, Mr. Steven DeLuca, for a continuance of 90 days. The defendant is charged with conspiring with several other individuals, two of whom have not filed a plea agreement or moved to continue the trial in this case. The government believes that all three remaining defendants, including Mr. Quezada, should be tried together.

That being stated, the government does not object to a continuance so long as the case remains joined with United States v. Rosalin Chavez, 08-042ML, and United States v. Pedro Ramos, 08-042ML. As for the length of the continuance, a continuance of 90 days would likely result in an October 2008 trial date. The government's counsel filed a court excusal for several weeks in October 2008. Given the estimated length of this trial and the

government counsel's requested court excusal, scheduling this trial in October would be difficult.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2008, a copy of the within "Government's Response to Defendant's Motion for Continuance" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Edward C. Roy
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

Mr. Steven DeLuca
86 Weybosset Street, Suite 400
Providence, Rhode Island 02903

Mr. George J. West
Attorney at Law
One Turks Head Place, Suite 312
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj