UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR 08-42ML |
| | ) | |
| ANGLE FIGUEROA | ) | |

**GOVERNMENT'S MOTION TO CONTINUE DEFENDANT'S SENTENCING**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Sandra R. Beckner, Assistant United States Attorney, and hereby moves for a continuance of the Defendant's sentencing, currently scheduled for September 5, 2008. The Defendant has no objection to this request for a continuance. The parties request a continuance until December 2008.

The Defendant previously pled guilty before this Court on May 8, 2008, and therefore, the Speedy Trial Act is not implicated in this request for a continuance.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

/s/ Sandra R. Beckner
SANDRA R. BECKNER
Assistant U.S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

On this 3rd day of September, 2008, I caused the Government's Motion to Continue Defendant's Sentencing to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Joseph J. Voccola
Joseph J. Voccola, Esq. & Associates
454 Broadway
Providence, RI 02909
sue@joevoccolalawoffices.com

/s/ Sandra R. Beckner
SANDRA R. BECKNER
Assistant U.S. Attorney
RI Bar #
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email sandy.beckner@usdoj.gov